**88-1835.** State v. Jones. *Cuyahoga County,* No. 52922. On motions to file notice of appeal and memorandum in support instanter. Motions granted.

**88-1866.** State v. McAllister. *Cuyahoga County,* No. 54160. On motion for leave to file delayed appeal. Motion granted.